B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jimenez, Ricardo E | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Jimenez, Tara L. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-8247 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-9361 |
| Street Address of Debtor (No. and Street, City, and State):<br>4403 Weber Dr.<br>Rolling Meadows, IL<br>ZIP Code 60008 | Street Address of Joint Debtor (No. and Street, City, and State):<br>9834 S. Ewing Apt. 2<br>Chicago, IL<br>ZIP Code 60617 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jimenez, Ricardo E<br>Jimenez, Tara L. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b>  <u>/s/ Martin A. Lear #</u>                        <u>November 26, 2008</u><br>Signature of Attorney for Debtor(s)                   (Date)<br>Martin A. Lear # 6295187</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jimenez, Ricardo E<br>Jimenez, Tara L. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Ricardo E Jimenez
_____
Signature of Debtor  Ricardo E Jimenez

X   /s/ Tara L. Jimenez
_____
Signature of Joint Debtor Tara L. Jimenez

_____
Telephone Number (If not represented by attorney)

November 26, 2008
_____
Date

### Signature of Attorney*

X   /s/ Martin A. Lear #
_____
Signature of Attorney for Debtor(s)

Martin A. Lear # 6295187
_____
Printed Name of Attorney for Debtor(s)

Legal Helpers, PC
_____
Firm Name
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606
_____
Address

(312) 467-0004  Fax: (312) 467-1832
_____
Telephone Number

November 26, 2008
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X   _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    Ricardo E Jimenez
        Tara Jimenez                                        Case No.  _____
                                    Debtor(s)

## FORM 1. VOLUNTARY PETITION
### Attachment A

# *YOU MUST PROVIDE*
# *MRS. TARA JIMENEZ'S*
# *SOCIAL SECURITY NUMBER*
# \_\_ \_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
### Northern District of Illinois

In re  Ricardo E Jimenez
     Tara L. Jimenez

Debtor(s)

Case No. _____

Chapter  7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Official Form 1, Exh. D (10/06) - Cont.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Ricardo E Jimenez
                       Ricardo E Jimenez

Date:   November 26, 2008

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
### Northern District of Illinois

In re   Ricardo E Jimenez
Tara L. Jimenez

Debtor(s)

Case No.
Chapter   7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Official Form 1, Exh. D (10/06) - Cont.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Tara L. Jimenez
                        Tara L. Jimenez

Date:    November 26, 2008

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Ricardo E Jimenez,
       Tara L. Jimenez

Debtors    ,

Case No. _____

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 42,654.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 40 | | 94,627.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,535.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 2,533.00 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| | | Total Assets | 42,654.00 | | |
| | | Total Liabilities | | 94,627.38 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ricardo E Jimenez,
       Tara L. Jimenez

Case No. _____

Debtors     ,

Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,535.00 |
| Average Expenses (from Schedule J, Line 18) | 2,533.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,554.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 94,627.38 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 94,627.38 |

B6A (Official Form 6A) (12/07)

.

In re    Ricardo E Jimenez,                                        Case No. _____
         Tara L. Jimenez

_____ ,
                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Ricardo E Jimenez,                                    Case No. _____
         Tara L. Jimenez
                                                    ,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Bank of America | - | 200.00 |
| | | Checking Account With Chase | - | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous used household goods | - | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books, tapes, CD's etc. | - | 125.00 |
| 6. Wearing apparel. | | Personal Used Clothing | - | 600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Provident Whole Life Insurance Policy Just Started - No Cash Surrender Value | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          1,925.00
(Total of this page)

  2   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Ricardo E Jimenez,                                    Case No. _____
         Tara L. Jimenez
                                                    ,
                          Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K through employer - 100% exempt | - | 34,629.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 Anticipated Tax Refund | J | 4,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                              Sub-Total >           38,629.00
                                              (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   Ricardo E Jimenez,                                    Case No. _____
        Tara L. Jimenez

_____ ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 Mercury Grand Marquis. 86,000 Miles<br><br>Per KBB Good Trade In Value | - | 1,500.00 |
| | | 1989 Honda Accord<br>190,000 miles<br><br>Per KBB Good Trade In Value. | J | 600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                 2,100.00
(Total of this page)
Total >                 42,654.00

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    Ricardo E Jimenez,                                    Case No. _____
         Tara L. Jimenez
_____ ,
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Bank of America | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Checking Account With Chase | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods | 735 ILCS 5/12-1001(b) | 800.00 | 800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous books, tapes, CD's etc. | 735 ILCS 5/12-1001(b) | 125.00 | 125.00 |
| **Wearing Apparel** | | | |
| Personal Used Clothing | 735 ILCS 5/12-1001(a) | 600.00 | 600.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401K through employer - 100% exempt | 735 ILCS 5/12-1006 | 100% | 34,629.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2008 Anticipated Tax Refund | 735 ILCS 5/12-1001(b) | 4,000.00 | 4,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1988 Mercury Grand Marquis. 86,000 Miles | 735 ILCS 5/12-1001(c) | 2,400.00 | 1,500.00 |
| Per KBB Good Trade In Value | | | |
| 1989 Honda Accord 190,000 miles | 735 ILCS 5/12-1001(b) | 600.00 | 600.00 |
| Per KBB Good Trade In Value. | | | |

|  |  | Total: | 43,554.00 | 42,654.00 |
|---|---|---|---|---|

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Ricardo E Jimenez,                                              Case No. _____
        Tara L. Jimenez
_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    Ricardo E Jimenez,                               Case No. _____
         Tara L. Jimenez

_____ ,
                                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                     0       continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   

B6F (Official Form 6F) (12/07)

In re   Ricardo E Jimenez,                                    Case No. _____
         Tara L. Jimenez
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. various accounts<br><br>A-1 Collection Agency<br>715 Horizon Drive<br>Suite 401<br>Grand Junction, CO 81506 | | J | | | 05/03<br>Various Accounts - notice only | | | | 0.00 |
| Account No. xxx-xx-8247<br><br>A-1 Collection Agency, LLC<br>715 Horizon Dr. Suite 401<br>Grand Junction, CO 81506 | | J | | | 03<br>Collection for Community Hospital - notice only | | | | 0.00 |
| Account No. ILxx2446<br><br>AAA Collectors<br>2950 N. Academy<br>Colorado Springs, CO 80917 | | J | | | 03<br>Collection for Dominos - notice only | | | | 0.00 |
| Account No. xxx-x-xxxxxx2369<br><br>Addison Emergency Services<br>520 E. 22nd St.<br>Lombard, IL 60148 | | J | | | 2005<br>Medical Services | | | | 96.20 |
| __39__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 96.20 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      S/N:20274-081009   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                              Case No. _____
      Tara L. Jimenez

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-8247<br><br>Advantage Network Systems<br>PO BOX 1180<br>Grand Junction, CO 81502 | | J | 02<br>Collection for a group of accounts - notice only | | | | 0.00 |
| Account No. Bxxxxxx0077<br><br>Adventist Health System<br>PO Box 9247<br>Oak Brook, IL 60522 | | J | 03<br>Medical Services | | | | 50.00 |
| Account No. Bxxxxxx0038<br><br>Adventist Hinsdale Hospital<br>120 N. Oak Street<br>Hinsdale, IL 60521 | | J | Medical Services | | | | 200.00 |
| Account No. Ux-xx2725<br><br>AirTouch Cellular<br>1st Center Blg. Ste. 100<br>26935 Northestern Hwy<br>Southfield, MI 48034 | | J | 03<br>Pager service charge | | | | 26.68 |
| Account No. xxxx7601<br><br>Allied Interstate<br>800 Interchange West<br>Minneapolis, MN 55426-1096 | | J | 03<br>Collection for Arrow Financial - notice only | | | | 0.00 |

Sheet no. __1__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal

(Total of this page)      276.68

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,                                    Case No. _____
        Tara L. Jimenez

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2654<br><br>Allied Interstate<br>P.O. Box 361445<br>Columbus, OH 43236 | | J | 2003<br>Collection for Arrow Financial - notice only | | | | 0.00 |
| Account No. xxx7908<br><br>Allied Interstate, Inc.<br>800 Interchange West<br>435 Ford Rd.<br>Minneapolis, MN 55426 | | J | 2003<br>Collection for SBC Illinois - notice only | | | | 0.00 |
| Account No. xxxxxxx5836<br><br>AMCA Collection Agency<br>2269 South Saw Mill River Road<br>Building 3<br>Elmsford, NY 10523 | | J | 2004<br>Collection for Quest Diagnostics Incorporated - notice only | | | | 0.00 |
| Account No. xxxxxxx5836<br><br>American Medical Collection Agency<br>2269 S. Saw Mill River Rd.<br>Building 3<br>Elmsford, NY 10523 | | J | 2004<br>Collection for Quest Diagnostics, Inc. - notice only | | | | 0.00 |
| Account No. 03<br><br>AmeriCash<br>180 S. Bolingbrook Rd.<br>Bolingbrook, IL | | J | 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<br>Payday Loan | | | | 210.00 |

Sheet no. __2___ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                210.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,                                          Case No. _____
        Tara L. Jimenez
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxx xxx-xxxx 986 9<br><br>Ameritech<br>P.O. Box 4520<br>Carol Stream, IL 60197-4520 | | | J | | 1999<br>Telephone Service | | | | 317.87 |
| Account No. xxx xxx-xxxx 686 9<br><br>Ameritech<br>PO Box 4520<br>Carol Stream, IL 60197-3029 | | | J | | 1999<br>Phone service | | | | 317.87 |
| Account No. xxxx7601<br><br>Arrow Financial Services<br>21031 Network Place<br>Chicago, IL 60678 | | | J | | 2004<br>Collection for Home Shopping Network - notice only | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-9341<br><br>Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714 | | | J | | Notice Only - Collections for Citibank | | | | 0.00 |
| Account No. xxxx3244<br><br>Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090 | | | J | | 2005<br>Collection for Nicor Gas Co. - notice only | | | | 0.00 |

Sheet no. _3_ of _39_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

635.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,                                    Case No. _____
        Tara L. Jimenez
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx6655<br><br>Asset Acceptance Corp<br>P.O. Box 2036<br>Warren, MI 48090-2036 | | J | 02<br>Collection For Providian - notice only | | | | 0.00 |
| Account No. xxxx5470<br><br>Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090 | | J | 2005<br>Collection for Nicor Gas Co. - notice only | | | | 0.00 |
| Account No. xxxx xx xxx xxx4003<br><br>AT & T<br>PO Box 8212<br>Aurora, IL 60572 | | J | 03<br>Phone Bill | | | | 37.44 |
| Account No. xxxxxxxxx8801<br><br>AT & T Cable Services<br>688 Industrial Dr.<br>Elmhurst, IL 60126 | | J | 1999<br>cable services | | | | 225.46 |
| Account No. xxx6198<br><br>Attention, LLC<br>P.O. Box 2408<br>Sherman, TX 75091 | | J | 2004<br>Collection for Arrow Financial - notice only | | | | 0.00 |

Sheet no. __4__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        262.90

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,                                              Case No. _____
        Tara L. Jimenez

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx9376<br><br>Bank One<br>P.O. Box 7526<br>Newark, DE 19714 | | J | 03<br>Credit Card | | | | 975.00 |
| Account No. xxxxxx3576<br><br>Blatt, Hasenmiller, Leibsker, Moore<br>125 South Wacker Dr.<br>Suite 400<br>Chicago, IL 60606-9609 | | J | 03<br>Collection for Northwest Community Hospital | | | | 0.00 |
| Account No. xxxxxxx9807<br><br>Blockbuster<br>1118 W. Maple Ave.<br>Mundelein, IL 60060 | | J | 03<br>Store Account | | | | 14.76 |
| Account No. xxxx6647<br><br>C.B. Accounts, Inc.<br>114 State St.<br>Suite 3C<br>Peoria, IL 61602 | | J | 2001<br>Collection for Northwest Community Hospital - notice only | | | | 0.00 |
| Account No. xxxx3075<br><br>C.B. Accounts, Inc.<br>114 State St.<br>Suite 3C<br>Peoria, IL 61602 | | J | 2001<br>Collection for Northwest Community Hospital - notice only | | | | 0.00 |

Sheet no. __5__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

989.76

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,    Case No. _____
     Tara L. Jimenez

_____ ,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx8247<br><br>C.I.C. Inc.<br>P.O. Box 550<br>Cleveland, TN 37364-0550 | | J | Bad Check | | | | 122.00 |
| Account No. xxx6688<br><br>CAMCO<br>P.O. Box 5087<br>Chicago, IL 60647 | | J | 2004<br>Collection for Chase Manhattan Bank - notice only | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-5079<br><br>Capital One<br>PO Box 85522<br>Richmond, VA 23285-5522 | | J | 03<br>Credit Card | | | | 1,030.01 |
| Account No. xxxx xxxx xxxx 9318<br><br>Capital One<br>PO Box 85522<br>Richmond, VA 23285-5522 | | J | 03<br>Credit Card | | | | 757.15 |
| Account No. xxxx7029<br><br>CB Accounts<br>1101 Main Street<br>Suite 2<br>Peoria, IL 61606 | | J | 03<br>Collection for Northwest Community Hospital | | | | 0.00 |

Sheet no. __6__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,909.16

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                              Case No. _____
         Tara L. Jimenez

                                          _____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Ax4759<br><br>Centegra Medical Center<br>P.O. Box 1990<br>Woodstock, IL 60098 | | J | 03<br>Medical Services | | | | 60.00 |
| Account No. xxxxxx7084<br><br>CG Services<br>P.O. Box 5220<br>San Antonio, TX 78201 | | J | 2005<br>collection for Sprint PCS - notice only | | | | 0.00 |
| Account No. xxxxxxxxxxxx6707<br><br>Chase<br>Cardmember Service<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | J | 2004<br>Charge Account | | | | 1,289.72 |
| Account No. xxx3717<br><br>Check 'n Go<br>PO Box 204<br>Mason, OH 45040 | | J | 03<br>Payday Loan | | | | 210.00 |
| Account No. xxx*xxxx*1039<br><br>Check 'n Go of Illinois, Inc.<br>2547 W. Golf Rd.<br>Schaumburg, IL 60194 | | J | Consumer Loan | | | | 210.00 |

Sheet no. __7__ of __39__ sheets attached to Schedule of      Subtotal      1,769.72
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,
       Tara L. Jimenez                              ,    Case No. _____

                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx-xx-8247<br><br>Check into Cash<br>261 W. 81st Ave.<br>Merrillville, IN 46410 | | J | | 03<br>Payday Loan | | | | 122.00 |
| Account No. 1245<br><br>Checkrite<br>PO BOx 8543<br>Midvale, UT 84047 | | J | | 03<br>Collection for a bad check to Domino's - notice only | | | | 0.00 |
| Account No. xxxxxx1250<br><br>Chicago Department of Revenue<br>P.O.Box 88292<br>Chicago, IL 60680 | | J | | 03<br>Fines | | | | 420.00 |
| Account No. xxxx xxxx xxxx 9341<br><br>Citibank<br>c/o Arrow Financial Services<br>5996 W. Touhy Ave.<br>Niles, IL 60714 | | J | | 03<br>Charge Account | | | | 1,445.34 |
| Account No. xxxxxx2869<br><br>CMI Credit Management Inc.<br>4200 International Parkway<br>Carrollton, TX 75007-1906 | | J | | 03<br>Collection for Comcast - notice only | | | | 0.00 |

Sheet no. __8___ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal           1,987.34
      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                              Case No. _____
         Tara L. Jimenez
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxx xxxx xxxx 8801  Coldata 5050 N. 19th Ave #302 Phoenix, AZ 85015 | | | | J | 03 Collection for AT&T - notice only | | | | 0.00 |
| Account No. xxxx xxxx 2558  Columbia House 1400 N. Fruitridge Ave. P.O. Box 1131 Terre Haute, IN 47811-1131 | | | | J | 03 Store Account | | | | 79.14 |
| Account No. xxxx xx xxx xxx7963  Comcast PO Box 3002 Southeastern, PA 19398-3002 | | | | J | 2005 Cable services | | | | 127.22 |
| Account No. xxxxxx xxxxxxxxxxx4003  Comcast 2502 Forsight Circle Grand Junction, CO 81505-1008 | | | | J | 2003 cable service | | | | 95.51 |
| Account No. xxxxxx8016  ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | J | 03 Utility Bill | | | | 584.48 |

Sheet no. __9__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    886.35

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,
         Tara L. Jimenez

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx xxxx xxxx 1290<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | J | 03<br>Utility | | | | 366.80 |
| Account No. xxxxxx3034<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | | J | 2006<br>Utility | | | | 50.61 |
| Account No. xxxx xxxxxx8801<br><br>Community Hospital<br>901 MacArthur Blvd.<br>Munster, IN 46321 | | J | 01<br>Medical Services | | | | 43.15 |
| Account No. xxx-xx-8247<br><br>Credit Protection Association<br>13355 Noel Rd.<br>Dallas, TX 75240 | | J | 02<br>Collection for Blockbuster | | | | 0.00 |
| Account No. xx-xxxxxx-xxxxxxxxxxxxx85-00<br><br>Credit Protection Association, L.P.<br>13355 Noel Rd.<br>Dallas, TX 75240 | | J | 2000<br>Collection for AT&T Cable Services - notice only | | | | 0.00 |

Sheet no. __10__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

460.56

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,    Case No. _____
         Tara L. Jimenez

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xx8247 <br><br> Devry University <br> 3320 N. Campbell Ave. <br> Chicago, IL 60618 | | J | 03 <br> Student Loan | | | | 103.08 |
| Account No. xx789-1 <br><br> Diagnostic Radiologist PC <br> c/o Western Collections, Inc. <br> P.O. Box 1503 <br> Montrose, CO 81402-1503 | | J | 2002 <br> Medical Services | | | | 196.83 |
| Account No. xxx xxx402 6 <br><br> Dial Adjustment Bureau <br> 960 Macarthur Blvd <br> Mahwah, NJ 07495-0011 | | J | Notice Only | | | | 0.00 |
| Account No. xxx x5182 <br><br> Diversified Emergency Service <br> Dept 20 Div 001 <br> PO Box 5940 <br> Carol Stream, IL 60197 | | J | 03 <br> Medical Services | | | | 248.00 |
| Account No. x0907 <br><br> Diversified Emergency Services <br> 900 Oakmont Lane <br> Suite 200 <br> Westmont, IL 60559 | | J | 2004 <br> Medical Services | | | | 33.56 |

Sheet no. __11__ of __39__ sheets attached to Schedule of                    Subtotal                581.47
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,
         Tara L. Jimenez

Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. lx6500 | | | | | Notice Only - Collection for United Shockwave Services | | | | |
| Diversified Services Group P.O. Box 80185 Phoenix, AZ 85060 | J | | | | | | | | 0.00 |
| Account No. 1245 | | | | | 99 Store Account | | | | |
| Domino's Pizza 2207 Grand Ave Waukegan, IL 60085 | J | | | | | | | | 38.83 |
| Account No. JIMTA000 | | | | | 03 Medical Services | | | | |
| Dr. Roy P.O. Box 2284 Sycamore, IL 60178 | J | | | | | | | | 75.00 |
| Account No. xxxxxx3801 | | | | | 2003 Medical Services | | | | |
| Emergency Care Physician Services 38362 Eagle Way Chicago, IL 60678 | J | | | | | | | | 37.80 |
| Account No. xxxx2341 | | | | | 2003 Medical Services | | | | |
| Emergency Care Physician Services 38362 Eagle Way Chicago, IL 60678 | J | | | | | | | | 129.80 |

Sheet no. __12__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

281.43

B6F (Official Form 6F) (12/07) - Cont.

In re  Ricardo E Jimenez,  Case No. _____
 Tara L. Jimenez
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xx9317<br><br>Equifax<br>4360 Northeast Exwy<br>Atlanta, GA 30340 | J | | | | 1999<br>Collection for Monogram Bank of GA - notice only | | | | 0.00 |
| Account No. Gxxxx7320<br><br>Feingold & Levy<br>10 S. LaSalle St.<br>Suite 900<br>Chicago, IL 60603 | J | | | | 2005<br>Collection for Gottlieb Memorial Hospital - notice only | | | | 0.00 |
| Account No. xxx0773<br><br>Financial Managment Services<br>1717 E. Skelly Dr.<br>Tulsa, OK 74105 | J | | | | 03<br>Collection for Providian National Bank - notice only | | | | 0.00 |
| Account No. xxxx xxxx xxxx 2315<br><br>First Premier Bank<br>PO Box 5114<br>Sioux Falls, SD 57117-5147 | J | | | | 03<br>Credit Card | | | | 667.46 |
| Account No. xxxx3654<br><br>Freedman Anselmo Lindberg & Rappe<br>1807 W Diehl<br>PO Box 3107<br>Naperville, IL 60566 | J | | | | 2007<br>Collection from Arrow Financial Services LLC for First Premier - notice only | | | | 0.00 |

Sheet no. __13__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  667.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,                                    Case No. _____
        Tara L. Jimenez

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx7084 | | | | | Notice Only - Collection for Spritn | | | | |
| GC Services P.O. Box 5220 San Antonio, TX 78201 | | | J | | | | | | 0.00 |
| Account No. xxxxxx2580 | | | | | 2001 Financial Services | | | | |
| Genesis Financial Solutions 505 N Lasalle St Suite 350 Chicago, IL 60610 | | | J | | | | | | 627.35 |
| Account No. xx xxx xxxxx2034 | | | | | 02 Shipment of goods | | | | |
| Gevalia Kaffe PO Box 11424 Des Moines, IA 50336 | | | J | | | | | | 27.05 |
| Account No. xxxx7406 | | | | | 03 Medical Services | | | | |
| Glen Oaks Medical Center 701 Winthrop Ave Glendale Heights, IL 60139-2996 | | | J | | | | | | 602.32 |
| Account No. Gxxxx7320 | | | | | 2002 Medical Services | | | | |
| Gottlieb Memorial Hospital 701 W. North Ave. Melrose Park, IL 60160 | | | J | | | | | | 635.59 |

Sheet no. __14__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,892.31

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ricardo E Jimenez,                                    Case No. _____
        Tara L. Jimenez

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx7884 Harvard Collection Services, Inc. 4839 N. Elston Ave. Chicago, IL 60630 | | J | 2001 Collection for ComEd - notice only | | | | 0.00 |
| Account No. xxx6337 Harvard Collection Services, Inc. 4839 N. Elston Ave. Chicago, IL 60630-2534 | | J | Collection for 7816337 - notice only | | | | 0.00 |
| Account No. xxx1789 Harvard Collections 4839 N Elston Ave Chicago, IL 60630 | | J | Notice Only | | | | 0.00 |
| Account No. xxxxx92-16 Harvard Collections 4839 N Elston Ave Chicago, IL 60630 | | J | Notice Only | | | | 0.00 |
| Account No. Vxxxx6722 High Tech Community Hospital P.O. Box 1687 Grand Junction, CO 81502 | | J | 02 Medical Services | | | | 133.75 |

Sheet no. __15__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       133.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,     Case No. _____
         Tara L. Jimenez

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Vxxxx4114 | | | | | 2003 Medical services | | | | |
| High Tech Community Hospital P.O. Box 1687 Grand Junction, CO 81502-1687 | | | J | | | | | | 185.75 |
| Account No. Vxxxx6212 | | | | | 2002 Medical services | | | | |
| High Tech High Touch Community Hosp 2021 N. 12th Street Grand Junction, CO 81501 | | | J | | | | | | 1,029.67 |
| Account No. xx xxxx xxx358 2 | | | | | 02 Store Account | | | | |
| Home Shopping Network PO BOX 105980 Dept 02 Atlanta, GA 30353 | | | J | | | | | | 254.47 |
| Account No. Ax4759 | | | | | 1999 Medical services | | | | |
| Horizons Behavioral Health, LLC P.O. Box 727 Woodstock, IL 60098-0727 | | | J | | | | | | 60.00 |
| Account No. xxxx xxxx xxxx 2786 | | | | | 03 Credit Card | | | | |
| Household Bank P.O. Box 438 Wood Dale, IL 60191 | | | J | | | | | | 1,791.38 |

Sheet no. __16__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       3,321.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,                                              Case No. _____
        Tara L. Jimenez
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxx-xxxx-xxxx-2786 HSBC Bank Nevada N.A. PO Box 326 Columbus, GA 31902-0326 | J | | | | 2007 Charge Account | | | | 1,826.38 |
| Account No. xxxx3351 Humana 500 West main P. O. Box 1438 Louisville, KY 40201 | J | | | | 00 Medical Services | | | | 4,938.68 |
| Account No. xxx9478 ICS Collection Service P.O. Box 646 Oak Lawn, IL 60454 | J | | | | 2004 Collection for St. Mary of Nazareth Hospital - notice only | | | | 0.00 |
| Account No. xxx1687 ICS Collection Service P.O. Box 646 Oak Lawn, IL 60454 | J | | | | 2005 Collection for St. Mary of Nazareth Hospital - notice only | | | | 0.00 |
| Account No. xxx1883 ICS Collection Service P.O. Box 646 Oak Lawn, IL 60454 | J | | | | 2004 Collection for Our Lady of the Resurrection Medical Center - notice only | | | | 0.00 |

Sheet no. __17__ of __39__ sheets attached to Schedule of                    Subtotal                  6,765.06
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                          Case No. _____
         Tara L. Jimenez

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx3440 | | | | | 2005 | | | | |
| | | | | | Collection for St. Mary of Nazareth Hospital | | | | |
| ICS Collection Service | | | | | Center - notice only | | | | |
| P.O. Box 646 | | | J | | | | | | |
| Oak Lawn, IL 60454 | | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxx8894 | | | | | Notice Only | | | | |
| | | | | | | | | | |
| ICS Collection Services | | | | | | | | | |
| P.O. Box 646 | | | J | | | | | | |
| Oak Lawn, IL 60454 | | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. 1245 | | | | | 03 | | | | |
| | | | | | Collection for Checkrite - notice only | | | | |
| Joh R. Hawks | | | | | | | | | |
| 7301 Ohms Lane | | | J | | | | | | |
| Minneapolis, MN 55439 | | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxxxxx6647 | | | | | 01 | | | | |
| | | | | | Collection for Northwest Radiology Associations - | | | | |
| KCA Financial Services | | | | | notice only | | | | |
| 628 North St | | | J | | | | | | |
| Box 53 | | | | | | | | | |
| Geneva, IL 60134 | | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xx9927 | | | | | Notice Only | | | | |
| | | | | | | | | | |
| KCA Financial Services, Inc | | | | | | | | | |
| 628 North Street | | | J | | | | | | |
| PO Box 53 | | | | | | | | | |
| Geneva, IL 60134 | | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __18__ of __39__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)        0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ricardo E Jimenez,                                                     Case No. _____
        Tara L. Jimenez

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 6291 | | | 03 Medical Services | | | | |
| Key Bank & Trust PO Box 8000 Leesburg, VA 20177 | | J | | | | | 620.00 |
| Account No. JIMTA000 | | | 2007 Medical services | | | | |
| Kishwaukee Cardiology Assoc. 831 E. Sandhurst Dr. Sandwich, IL 60548 | | J | | | | | 845.00 |
| Account No. JIMTA000 | | | 2007 Medical Services | | | | |
| Little Rock-Fox Fire Prot Dist PO Box 218 Plano, IL 60545 | | J | | | | | 757.00 |
| Account No. xxx9788 | | | 2005 Collection for First Premier Bank - notice only | | | | |
| M.R.S. Associates, Inc. 6530 W. Campus Oval New Albany, OH 43054-8755 | | J | | | | | 0.00 |
| Account No. xxx xx8402 | | | 03 Charge Account | | | | |
| Macuser c/o Dial Adjustment Bureau 960 Macarthur Blvd. Mahwah, NJ 07495 | | J | | | | | 59.95 |

Sheet no. __19__ of __39__ sheets attached to Schedule of                        Subtotal                2,281.95
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                    Case No. _____
Tara L. Jimenez

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxx-3187 | | | | | 2003 Collection for St. Mary of Nazareth Hospital - notice only | | | | |
| Malcom S. Gerald & Associates, Inc* 332 S Michigan Ave Chicago, IL 60604 | | | J | | | | | | 0.00 |
| Account No. xxxx xx xxx xxx5785 | | | | | 01 Credit Card | | | | |
| Media One 688 Industrial Dr. Elmhurst, IL 60126 | | | J | | | | | | 188.30 |
| Account No. xxx-2857 | | | | | Notice Only - Collection for Rush | | | | |
| Medical Collections System, Inc 725 S. Wells St. Suite 500 Chicago, IL 60607 | | | J | | | | | | 0.00 |
| Account No. xx9927 | | | | | 2002 Medical services | | | | |
| Medical laging Prof SC c/o KCA Financial Services Inc. 628 North St., P.O. Box 53 Geneva, IL 60134 | | | J | | | | | | 37.00 |
| Account No. xxx8692 | | | | | 1999 | | | | |
| MID America Real Estate c/o Harvard Collection Services 4839 N. Elston Ave. Chicago, IL 60630 | | | J | | | | | | 4,526.00 |

Sheet no. __20__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,751.30

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ricardo E Jimenez,                                                    Case No. _____
       Tara L. Jimenez

                                                    _____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. CwxJxxxxxx3582  Monogram Bank of GA PO Box 105980  Dept 77 Atlanta, GA 30353 | | J | | | 03 Credit Card | | | | 140.86 |
| Account No. Rx xxx3560  N.S.R. Reddy & Assoc, SC 5221 N. Harlem Ave. Chicago, IL 60656 | | J | | | Medical Servies | | | | 12.00 |
| Account No. xxx-xx-8247  N.S.R. Reddy & Assoc. 5219 N. Harlem Chicago, IL 60656 | | J | | | 03 Medical Services | | | | 12.00 |
| Account No. AEF123  NCO Financial 507 Prudential Rd. Horsham, PA 19044 | | J | | | 2002 Collection for ComEd - notice only | | | | 0.00 |
| Account No. xxxxx9361  NCO Financial Systems Inc 11350 McCormick Road Suite 800 Hunt Valley, MD 21031 | | J | | | Notice Only | | | | 0.00 |

Sheet no. __21__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        164.86

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ricardo E Jimenez,                                    Case No. _____
       Tara L. Jimenez

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx2496<br><br>NCO Financial Systems, Inc.<br>P.O. Box 281000<br>Atlanta, GA 30358 | | J | | 2000<br>Collection for Home Shopping Network - notice only | | | | 0.00 |
| Account No. AVD586<br><br>NCO Financial Systems, Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044 | | J | | 2005<br>Collection for Captial One - notice only | | | | 0.00 |
| Account No. x xx xx x401 1<br><br>Nicor<br>P.O. Box 310<br>Aurora, IL 60507-0310 | | J | | 01<br>Utility | | | | 206.94 |
| Account No. xxxxxxx1030<br><br>Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568-0001 | | J | | 03<br>Utility Bill | | | | 237.51 |
| Account No. xxxxxx2402<br><br>Nicor Gas<br>PO Box 310<br>Aurora, IL 60507 | | J | | 2005<br>Utilities | | | | 258.28 |

Sheet no. __22__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          702.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                                    Case No. _____
         Tara L. Jimenez
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xx9927 <br><br> No. Illinois Emerg & Occup Med Spec <br> 33786 Treasury Center <br> Chicago, IL 60694 | | J | | 2001 <br> Medical Services | | | | 216.40 |
| Account No. xxxx xxxx 2558 <br><br> North Shore Agency <br> Customer Service Center <br> 1400 N. Fruitridge Avenue P. O Box <br> Terre Haute, IN 47811-1113 | | J | | 03 <br> Collection for Columbia House - notice only | | | | 0.00 |
| Account No. xx9927 <br><br> Northern IL Emer & OCC Me <br> c/o KCA Financial Services, Inc. <br> 628 North St.; P.O. Box 53 <br> Geneva, IL 60134 | | J | | 2003 <br> medical services | | | | 216.40 |
| Account No. Fxxx1484 <br><br> Northland Group, Inc. <br> P.O. Box 390486 <br> Minneapolis, MN 55439-0846 | | J | | 2005 <br> Collection for Target National Bank - notice only | | | | 0.00 |
| Account No. <br><br> Northwest Collectors Inc <br> 3601 Algonquin Rd <br> Suite 500 <br> Rolling Meadows, IL 60008 | | J | | Notice Only - Collection for Rosati's | | | | 0.00 |

Sheet no. __23__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          432.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ricardo E Jimenez,                                          Case No. _____
          Tara L. Jimenez

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx7029  Northwest Community 3060 Salt Creek Suite #110 Arlington Heights, IL 60005 | | J | 2001 Medical services | | | | 1,244.93 |
| Account No. xxxx3075  Northwest Community Hospital 800 W. Central Road Arlington Heights, IL 60005-2392 | | J | 02 Medical Services | | | | 1,149.50 |
| Account No. xxxx1912  Northwest Community Hospital 3060 Salt Creek Suite #110 Arlington Heights, IL 60005 | | J | 2000 Medical services | | | | 16.41 |
| Account No. xxxxxx3576  Northwest Community Hospital 800 West Central Rd. Arlington Heights, IL 60005 | | J | 1999 medical services | | | | 23.80 |
| Account No. x4847  Northwest OB/GYN 2 Talcott Rd. Park Ridge, IL 60068 | | J | 99 Medical Services | | | | 510.00 |

Sheet no. __24__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          2,944.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,
        Tara L. Jimenez

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx x xxxxxx7029<br><br>Northwest Radiology Associates<br>641 E. Butterfield Road, Suite 407<br>Lombard, IL 60148 | | | J | | 03<br>Medical services | | | | 86.00 |
| Account No. xxxxxx6647<br><br>Northwest Radiology Associates<br>520 E. 22nd Street<br>Lombard, IL 60148 | | | J | | 2001<br>Medical Services | | | | 364.00 |
| Account No. xxx0913<br><br>NW Anesthesia Assoc LLC<br>PO Box 486<br>Lake Forest, IL 60045 | | | J | | 03<br>Medical Services | | | | 58.45 |
| Account No. xxxxxx2580<br><br>OSI Collection Services, Inc.<br>P.O. Box 8800<br>Jacksonville, FL 32239 | | | J | | 2001<br>Collection for Genesis Financial Solutions - notice only | | | | 0.00 |
| Account No. xxx1883<br><br>Our Lady of the Resurrection Med.<br>c/o ICS<br>PO Box 646<br>Oak Lawn, IL 60454 | | | J | | 2004<br>Medical services | | | | 548.64 |

| | |
|---|---|
| Sheet no. __25__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)   1,057.09 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,
         Tara L. Jimenez

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. x xxxx xxxx 7046 | | | | J | 2005 Utility | | | | |
| Peoples Energy 130 E Randolph Chicago, IL 60601 | | | | | | | | | 0.00 |
| Account No. xxx6688 | | | | J | 2005 Collection for CAMCO - notice only | | | | |
| Portfolio Recovery Associates PO Box 12914 Norfolk, VA 23541 | | | | | | | | | 0.00 |
| Account No. xxxx xxxx xxxx 8786 | | | | J | 03 Credit Card | | | | |
| Providian P. O. Box 9023 Pleasanton, CA 94566 | | | | | | | | | 1,399.08 |
| Account No. xxxxxxx5836 | | | | J | 2004 Medical services | | | | |
| Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | | | | | 54.45 |
| Account No. xxx xxx xxx0 345R | | | | J | 02 Phone Bill | | | | |
| Qwest 4650 Lakehurst Dublin, OH 43016 | | | | | | | | | 229.68 |

Sheet no. __26__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,683.21

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,
         Tara L. Jimenez

                                                    Debtors                    ,

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxx2706 | | | | | 2003 Collection for Qwest Communications - notice only | | | | |
| RCO 7171 Mercy Rd. Omaha, NE 68106 | | J | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxxxxxxx-3187 | | | | | 02 Medical Services | | | | |
| Resurrection Behavioral Health 1820 S. 25th Ave. Broadview, IL 60155 | | J | | | | | | | |
| | | | | | | | | | 250.99 |
| Account No. xxxx2715 | | | | | 98 Medical Services | | | | |
| Resurrection Health Care 7435 W. Talcott Ave. Chicago, IL 60631-3746 | | J | | | | | | | |
| | | | | | | | | | 106.52 |
| Account No. Dxxxxxx0251 | | | | | 2003 Medical Services | | | | |
| Resurrection Health Care P.O. Box 319001 Chicago, IL 60631 | | J | | | | | | | |
| | | | | | | | | | 4,045.00 |
| Account No. xxxx2968 | | | | | 2003 Medical Services | | | | |
| Resurrection Health Care P.O. Box 319001 Chicago, IL 60631 | | J | | | | | | | |
| | | | | | | | | | 583.00 |

Sheet no. __27__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,985.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                      Case No. _____
         Tara L. Jimenez

                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx0530<br><br>Resurrection Health Care<br>P.O. Box 319001<br>Chicago, IL 60631 | | J | | 2001<br>Medical Services | | | | 728.75 |
| Account No. Dxxxxxx0216<br><br>Resurrection Health Care<br>P.O. Box 319001<br>Chicago, IL 60631 | | J | | 2003<br>Medical Services | | | | 152.50 |
| Account No. Exxxxxxx3560<br><br>Resurrection Health Care<br>St. Elizabeth's Hospital<br>135 S. LaSalle - Dept. 1117<br>Chicago, IL 60674 | | J | | 2003<br>Medical Services | | | | 461.00 |
| Account No. Exxxxxxx3628<br><br>Resurrection Health Care<br>St. Elizabeth Hospital<br>135 S. LaSalle - Dept. 1117<br>Chicago, IL 60674 | | J | | 2003<br>Medical Services | | | | 200.00 |
| Account No. Dxxxxxx0056<br><br>Resurrection Health Care<br>P.O. Box 220284<br>Chicago, IL 60622 | | J | | Health Services | | | | 1,201.07 |

Sheet no. __28__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           2,743.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                          Case No. _____
         Tara L. Jimenez

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxx1030 | | | | | 03 Collection for Nicor Gas - notice only | | | | |
| Risk Management Alternatives, Inc. 2200 S. Busse Rd Mount Prospect, IL 60056 | J | | | | | | | | 0.00 |
| Account No. xxxxxxx1010 | | | | | 2003 Collection for U.S. Cellular - notice only | | | | |
| Risk Management Alternatives, Inc. 1285 Fern Ridge Parkway Suite 250 Saint Louis, MO 63141 | J | | | | | | | | 0.00 |
| Account No. x8244 | | | | | 03 Medical Services | | | | |
| Rollo Nesset, MD 605 W. Central Rd. 105 Arlington Heights, IL 60005 | J | | | | | | | | 29.60 |
| Account No. xxx-xx-8247 | | | | | 02 Pizza | | | | |
| Rosati's Pizza c/o Northwest Collectors, Inc. 3601 Algonquin Rd., Suite 500 Rolling Meadows, IL 60008-3104 | J | | | | | | | | 57.00 |
| Account No. xx-xx554-0 | | | | | 2004 Collection for St. Mary of Nazareth Hospital - notice only | | | | |
| RPM, Inc. P.O. Box 830913 Birmingham, AL 35283 | J | | | | | | | | 0.00 |

Sheet no. __29__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                86.60

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,          Case No. _____
        Tara L. Jimenez

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xx-xx395-0<br><br>RPM, Inc.<br>P.O. Box 830913<br>Birmingham, AL 35283 | | J | | | 2003<br>Collection for St. Mary of Nazareth Hospital - notice only | | | | 0.00 |
| Account No. xx-xx218-0<br><br>RPM, Inc.<br>P.O. Box 830913<br>Birmingham, AL 35283 | | J | | | Notice Only | | | | 0.00 |
| Account No. xxx-2857<br><br>Rush Presbyterian Emer. Services Gr<br>c/o Medical Collections System, Inc<br>725 S. Wells St., Suite 500<br>Chicago, IL 60607 | | J | | | 2005<br>Medical Services | | | | 217.00 |
| Account No. xxxxxxx1001<br><br>Rush University Medical Center<br>1700 W. Van Buren Street<br>Suite 161 TOB<br>Chicago, IL 60612 | | J | | | 2005<br>Medical Services | | | | 137.75 |
| Account No. xxx8894<br><br>Saint Elizabeth Hospital<br>c/o ICS Collection Service<br>P.O. Box 646<br>Oak Lawn, IL 60454 | | J | | | 03<br>Medical services | | | | 200.00 |

Sheet no. __30__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                554.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,
         Tara L. Jimenez

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xx-xx218-0<br><br>Saint Many of Nazareth Hospital<br>c/o Revenue Production Management<br>P.O. Box 830913<br>Birmingham, AL 35283 | | | J | | 2003<br>Medical Services | | | | 250.99 |
| Account No. xxxxxx0442<br><br>Saint Mary of Nazareth Hos. Center<br>c/o ICS<br>PO Box 646<br>Oak Lawn, IL 60454 | | | J | | 2005<br>Medical Services | | | | 150.00 |
| Account No. xxx9478<br><br>Saint Mary of Nazareth Hos. Center<br>c/o ICS<br>PO Box 646<br>Oak Lawn, IL 60454 | | | J | | 2004<br>Medical services | | | | 250.99 |
| Account No. xxxxx2715<br><br>Saint Mary of Nazareth Hosptial<br>2233 W Division St<br>Chicago, IL 60622 | | | J | | Medical Services | | | | 106.52 |
| Account No. xxx xxx xxx4 663<br><br>SBC<br>3206 W. 61st Street<br>Chicago, IL 60629 | | | J | | 03<br>Phone Bill | | | | 75.70 |

Sheet no. __31__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

834.20

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                              Case No. _____
         Tara L. Jimenez

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx xxx-xxxx 266 3 | | | | | 2005 Phone charge | | | | |
| SBC Illinois* 208 S LaSalle St Suite 814 Chicago, IL 60604 | | | J | | | | | | 170.90 |
| Account No. xxxx-xxxx-xxxx-5079 | | | | | 03 Collection for Capital One - notice only | | | | |
| Silverman Law Firm, P.C. 13111 E. Briarwood Ave. Suite 340 Englewood, CO 80112 | | | J | | | | | | 0.00 |
| Account No. xxxxxx2645 | | | | | 02 Medical Services | | | | |
| SmithKline Beecham P.O. Box 13568 Philadelphia, PA 19101-3568 | | | J | | | | | | 10.00 |
| Account No. xxxxxx0536 | | | | | 02 Phone Bill | | | | |
| Sprint Customer Service P.O. Box 152046 Irving, TX 75015 | | | J | | | | | | 323.54 |
| Account No. xxxxxx7084 | | | | | 2005 Cellular Telephone | | | | |
| Sprint PO Box 5220 San Antonio, TX 78201 | | | J | | | | | | 297.41 |

Sheet no. __32__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          801.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,
        Tara L. Jimenez

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxx1687<br><br>St. Mary of Nazareth Hospital Cente<br>c/o ICS<br>PO Box 646<br>Oak Lawn, IL 60454 | | J | | | 2005<br>Medical Services | | | | 106.52 |
| Account No. Exxx0208<br><br>St. Mary's Hospital<br>500 W. Court St.<br>Kankakee, IL 60901 | | J | | | 02<br>Medical Services | | | | 2,740.80 |
| Account No. Lxxx3211<br><br>St. Mary's Hospital<br>500 W. Court St.<br>Kankakee, IL 60901 | | J | | | 01<br>Medical Services | | | | 259.75 |
| Account No. xx-xxx5-052<br><br>State Farm Ins. Co. - Subrogation<br>2702 Ireland Grove Rd.<br>P.O. Box 2311<br>Bloomington, IL 61702-2311 | | J | | | 2001<br>Car Accident | | | | 5,211.55 |
| Account No. xxx-xx-8247<br><br>State of Colorado County of Mesa<br>Please Provide Address | | J | | | 01<br>Landlord | | | | 1,440.00 |

Sheet no. __33__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,758.62

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,          Case No. _____
         Tara L. Jimenez

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. JIMRI000 | | | | | 2001 Medical services | | | | |
| Sylvia Lam, M.D. 1585 N. Barrington Rd. Hoffman Estates, IL 60194 | | J | | | | | | | 597.00 |
| Account No. JIM1000 | | | | | 08/01 Medical services | | | | |
| Sylvia Lam, MD & Associates 1585 North Barrington Rd. Hoffman Estates, IL 60194 | | J | | | | | | | 750.00 |
| Account No. x xxx xxx x76 90 | | | | | 03 Store Account | | | | |
| Target Retailers National Bank PO Box 59231 Minneapolis, MN 55459-0231 | | J | | | | | | | 317.90 |
| Account No. Fxxx1484 | | | | | 2005 Charge Account | | | | |
| Target National Bank c/o Northland Group Inc PO Box 390846 Minneapolis, MN 55439 | | J | | | | | | | 347.86 |
| Account No. xxx xxx xxx4 663 | | | | | 02 Phone Bill | | | | |
| Telecom PO Box 600670 Jacksonville, FL 32260 | | J | | | | | | | 1.16 |

Sheet no. __34__ of __39__ sheets attached to Schedule of        Subtotal        2,013.92
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                                          Case No. _____
         Tara L. Jimenez

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx2921 <br><br> The Wilber Law Firm, P.C. <br> 816 Eldoroda <br> Bloomington, IL 61702-2159 | | J | 03 <br> Collection for State Farm Insurance Company - notice only | | | | 0.00 |
| Account No. xxxx21-99 <br><br> The Wilber Law Firm, P.C. <br> P.O. Box 2159 <br> Bloomington, IL 61702 | | J | Notice Only - Collections for State Farm Insurance | | | | 0.00 |
| Account No. xx-Mx-xx2082 <br><br> Thomas & Irene Herzau <br> Please Provide Address | | J | 02 <br> Collection | | | | 4,785.00 |
| Account No. xxxx7985 <br><br> Tsys Total Debt Management, Inc. <br> PO Box 6700 <br> Norcross, GA 30091-6700 | | J | 2007 <br> Collection for HSBC Bank Nevada, N.A. - notice only | | | | 0.00 |
| Account No. xxx-xx-8247 <br><br> U.S. Department of Education <br> PO Box 530260 <br> Atlanta, GA 30353-0260 | | J | 2005 <br> Student Loan | | | | 11,624.50 |

Sheet no. __35__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            16,409.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,                                      Case No. _____
      Tara L. Jimenez

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. lx6500 <br><br> United Shockwave Services Ltd <br> c/o Diversified Services Group <br> PO Box 80185 <br> Phoenix, AZ 85060 | | J | 2005 <br> Charge Account | | | | 301.32 |
| Account No. xxxxxxxxx8247 <br><br> University Accounting Service <br> P.O. Box 932 <br> Brookfield, WI 53008-0932 | | J | 2004 <br> Perkins Loan | | | | 103.08 |
| Account No. xxxxxxxx1010 <br><br> US Cellular <br> PO Box 94250 <br> Palatine, IL 60094 | | J | 03 <br> Phone Bill | | | | 1,687.95 |
| Account No. xxxxxxxx-xx-5001 <br><br> Valentine & Kebartas, Inc. <br> P.O. Box 325 <br> Lawrence, MA 01842 | | J | 2004 <br> Collection for U.S. Cellular - notice only | | | | 0.00 |
| Account No. Dxxxx4685 <br><br> Valley West Community Hospital <br> 11 E. Pleasant Ave. <br> Sandwich, IL 60548 | | J | 2007 <br> Medical Services | | | | 16,920.66 |

Sheet no. __36__ of __39__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)      19,013.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   Ricardo E Jimenez,   Case No. _____
       Tara L. Jimenez

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8016 Van Ru Credit 150 S. Sunnyslope Rd. #108 Brookfield, WI 53005 | | J | 02 Collection foc ComEd - notice only | | | | 0.00 |
| Account No. xxxx3390 Van Ru Credit Corporation 10024 Skokie Blvd. Skokie, IL 60077 | | J | 2002 Medical Services | | | | 33.56 |
| Account No. TW6397 Van Ru Credit Corporation 10024 Skokie Blvd. Suite 3 Skokie, IL 60077 | | J | 2004 Collection for Diversified Emergency Services - notice only | | | | 0.00 |
| Account No. TW6397 Van Ru Credit Corporation P.O. Box 46549 Lincolnwood, IL 60646 | | J | 2004 Collection for Diversified Emergency Services - notice only | | | | 0.00 |
| Account No. TM8632 Van Ru Credit Corporation 10024 Skokie Blvd Suite 2 Skokie, IL 60077 | | J | Notice Only - Collection for Diversified Emergency Services | | | | 0.00 |

Sheet no. __37__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33.56

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,                              Case No. _____

         Tara L. Jimenez

                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx9752 | | J | | Notice Only | | | | |
| Van Ru Credit Corporation 150 S. Sunnyslope, Suite 108 Brookfield, WI 53005 | | | | | | | | 0.00 |
| Account No. JITx0000 | | J | | 00 Collection for Diagnositic Radiologists - notice only | | | | |
| Western Collection Bureau Inc. P.O. Box 115 Clackamas, OR 97015 | | | | | | | | 0.00 |
| Account No. xx3569 | | J | | 03 Medical Services | | | | |
| Western Colorado Radiologists 2530 N. 8th St. #101 Grand Junction, CO 81501 | | | | | | | | 30.07 |
| Account No. xxxxx9361 | | J | | 11/99 Tuition and Fees | | | | |
| William Rainey Harper c/o NCO Financial Systems Inc P.O. Box 1339 Hunt Valley, MD 21030 | | | | | | | | 180.00 |
| Account No. xx1485 | | J | | 2003 Collection for ComEd - notice only | | | | |
| WYSE Financial Services, Inc. 3410 S. Galena St. Suite 250 Denver, CO 80231 | | | | | | | | 0.00 |

Sheet no. __38__ of __39__ sheets attached to Schedule of                 Subtotal

Creditors Holding Unsecured Nonpriority Claims             (Total of this page)       210.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ricardo E Jimenez,
          Tara L. Jimenez

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1419 <br><br> Xcel Energy <br> PO Box 840 <br> Denver, CO 80201 | | J | 2003 <br> Utility | | | | 36.73 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __39__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 36.73 |
| Total <br> (Report on Summary of Schedules) | 94,627.38 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Ricardo E Jimenez,                                                    Case No. _____
          Tara L. Jimenez

_____,
                              Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Ricardo E Jimenez,                                           Case No. _____
         Tara L. Jimenez
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | Ricardo E Jimenez |  | Case No. |  |
|-------|-------------------|--|----------|--|
|       | Tara L. Jimenez   |  |          |  |
|       | Debtor(s)         |  |          |  |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Dependent<br>Dependent<br>Dependent | AGE(S):<br>10<br>13<br>16 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Process Tech |  |
| Name of Employer | Circuit Services Inc | Unemployed |
| How long employed | 9 years |  |
| Address of Employer | 1475 S. Wheeling Rd.<br>Wheeling, IL 60090 |  |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,469.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,469.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 824.00 | $ 0.00 |
| b. Insurance | $ 140.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify)    See Detailed Income Attachment | $ 970.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,934.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,535.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,535.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,535.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re  Ricardo E Jimenez
       Tara L. Jimenez                                            Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---|---|---|
| 401K Pre-Tax pay stub deduction | $ | 586.00 | $ | 0.00 |
| 401K After-Tax loan deduction | $ | 320.00 | $ | 0.00 |
| After-Tax Voluntary Life | $ | 64.00 | $ | 0.00 |
| **Total Other Payroll Deductions** | $ | 970.00 | $ | 0.00 |

B6J (Official Form 6J) (12/07)

In re   Ricardo E Jimenez
        Tara L. Jimenez                                          Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 750.00 |
| a. Are real estate taxes included? Yes ___ No _X_ | | |
| b. Is property insurance included? Yes ___ No _X_ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 220.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 75.00 |
| d. Other _Cell_ | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 30.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 55.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _Student Loan_ | $ | 128.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _See Detailed Expense Attachment_ | $ | 225.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,533.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,535.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,533.00 |
| c. Monthly net income (a. minus b.) | $ | 2.00 |

B6J (Official Form 6J) (12/07)

In re    Ricardo E Jimenez
         Tara L. Jimenez                                                    Case No. _____
_____
              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Personal Grooming | $ | 75.00 |
| Auto Maintenance | $ | 75.00 |
| School Fees | $ | 25.00 |
| Drug Store Necessitites | $ | 50.00 |
| **Total Other Expenditures** | $ | 225.00 |

In re ____Ricardo E Jimenez_____    Case No. _____
____Tara Jimenez_____
Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Attachment A

# *YOU MUST PROVIDE A*
# *COMPLETE LISTING OF*
# *YOUR MONTHLY EXPENSE*

## please enter your expense on Schedule J

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ricardo E Jimenez
Tara L. Jimenez
_____    Case No. _____
Debtor(s)                                                                Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___56___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 26, 2008 _____        Signature    /s/ Ricardo E Jimenez _____
                                                                              Ricardo E Jimenez
                                                                              Debtor

Date   November 26, 2008 _____        Signature    /s/ Tara L. Jimenez _____
                                                                              Tara L. Jimenez
                                                                              Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ricardo E Jimenez        Tara L. Jimenez

Debtor(s)      Case No. _____

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $40,488.00 | H - Employment income - 2006 - Per Tax Return |
| $40,385.00 | H - Employment income - 2007 - Per Tax Return |
| $44,410.00 | H - Employment income - 2008 year-to-date per Pay Stub dated 10/31/08 from Circuit Service |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|        AMOUNT        |        SOURCE        |
|---------------------|---------------------|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
□

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| James Golden v. Tara Jimenez and Sean Tokarz Case Number 03C718 12/03 | Civil Summons in Forcible Entry and Unlawful Detainer | County Court, Mesa County, Colorado | Judgment |
| Thomas and Irene Herzau v. Ricardo Jimenez and Tara Jimenez 01M3 002082 07/01 | Civil | Circuit Court of Cook County, Illinois | Judgment |
| Arrow Financial Services v, Jimenez, 07 M1 199543 | Civil | Circuit Court of Cook County, Illinois | Judgment |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6.  Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Legal Helpers<br>Sears Tower<br>233 S Wacker, Suite 5150<br>Chicago, IL 60606 | 2008 | $2284.00 paid pre-petition toward total attorney fee of $1850.00, filing fee of $299.00 and document acquisition and credit counseling/debtor education facilitation fee of $15.00 and reimbursable expense of $120.00 |

### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

5

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 2860 N. Woodard Ave.<br>Chicago, IL<br>60618 | same | 04/03-10/03 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                    DOCKET NUMBER                        STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

|      | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN |         |                    | BEGINNING AND |
|------|-----------------------------------------------------------------------------------------------|---------|--------------------|---------------|
| NAME |                                                                                               | ADDRESS | NATURE OF BUSINESS | ENDING DATES  |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

7

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   November 26, 2008          Signature   /s/ Ricardo E Jimenez
                                               Ricardo E Jimenez
                                               Debtor

Date   November 26, 2008          Signature   /s/ Tara L. Jimenez
                                                 Tara L. Jimenez
                                               Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ricardo E Jimenez       Case No. _____

Tara L. Jimenez

Debtor(s)      Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date   November 26, 2008      Signature   /s/ Ricardo E Jimenez

                                    Ricardo E Jimenez

                                    Debtor

Date   November 26, 2008      Signature   /s/ Tara L. Jimenez

                                    Tara L. Jimenez

                                    Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ricardo E Jimenez
      Tara L. Jimenez

Debtor(s)

Case No. _____

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $   1,850.00 |
| Prior to the filing of this statement I have received | $   1,850.00 |
| Balance Due | $   0.00 |

2.   The source of the compensation paid to me was:

    ■      Debtor      ☐      Other (specify):

3.   The source of compensation to be paid to me is:

    ■      Debtor      ☐      Other (specify):

4.   ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning as needed.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

        Representation of the debtors in any dischargeability actions, any document retrieval services, credit counseling and financial management course fees, post-discharge credit repair, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions, motions to redeem or any other adversary proceeding,or preparation and filing of reaffirmation agreements and applications.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   November 26, 2008                               /s/ Martin A. Lear #

                                                  Martin A. Lear # 6295187
                                                  Legal Helpers, PC
                                                  Sears Tower
                                                  233 S. Wacker Suite 5150
                                                  Chicago, IL 60606
                                                  (312) 467-0004   Fax: (312) 467-1832

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured

obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Martin A. Lear # 6295187 | X /s/ Martin A. Lear # | November 26, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606
(312) 467-0004

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Ricardo E Jimenez
Tara L. Jimenez

| | X /s/ Ricardo E Jimenez | November 26, 2008 |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |

| | X /s/ Tara L. Jimenez | November 26, 2008 |
|---|---|---|
| Case No. (if known) | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    Ricardo E Jimenez
Tara L. Jimenez
_____
                                    Debtor(s)

Case No. _____
Chapter   7  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 184

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  November 26, 2008          /s/ Ricardo E Jimenez
_____          _____
                                 Ricardo E Jimenez
                                 Signature of Debtor

Date:  November 26, 2008          /s/ Tara L. Jimenez
_____          _____
                                 Tara L. Jimenez
                                 Signature of Debtor

Ricardo E Jimenez
Tara L. Jimenez
4403 Weber Dr.
Rolling Meadows, IL 60008
.

AT & T Cellular
1500 Corner Bldg. Ste 300
26935 Northestern Hwy
Southfield, MI 48034

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

Martin A. Lear #
Legal Helpers, PC
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606

Allied Interstate
800 Interchange West
Minneapolis, MN 55426-1096

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

A-1 Collection Agency
715 Horizon Drive
Suite 401
Grand Junction, CO 81506

Allied Interstate
P.O. Box 361445
Columbus, OH 43236

Asset Acceptance Corp
P.O. Box 2036
Warren, MI 48090-2036

A-1 Collection Agency, LLC
715 Horizon Dr. Suite 401
Grand Junction, CO 81506

Allied Interstate, Inc.
800 Interchange West
435 Ford Rd.
Minneapolis, MN 55426

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090

A-1 Collection Agency, LLC
PO Box 1929
Grand Junction, CO 81502-1929

AMCA Collection Agency
2269 South Saw Mill River Road
Building 3
Elmsford, NY 10523

AT & T
PO Box 8212
Aurora, IL 60572

AAA Collectors
2950 N. Academy
Colorado Springs, CO 80917

American Medical Collection Agency
2269 S. Saw Mill River Rd.
Building 3
Elmsford, NY 10523

AT & T Cable Services
688 Industrial Dr.
Elmhurst, IL 60126

Addison Emergency Services
520 E. 22nd St.
Lombard, IL 60148

AmeriCash
180 S. Bolingbrook Rd.
Bolingbrook, IL

Attention, LLC
P.O. Box 2408
Sherman, TX 75091

Advantage Network Systems
PO BOX 1180
Grand Junction, CO 81502

Ameritech
P.O. Box 4520
Carol Stream, IL 60197-4520

Bank One
P.O. Box 7526
Newark, DE 19714

Adventist Health System
PO Box 9247
Oak Brook, IL 60522

Ameritech
PO Box 4520
Carol Stream, IL 60197-3029

Blatt, Hasenmiller, Leibsker, Moore
125 South Wacker Dr.
Suite 400
Chicago, IL 60606-9609

Adventist Hinsdale Hospital
120 N. Oak Street
Hinsdale, IL 60521

Arrow Financial Services
21031 Network Place
Chicago, IL 60678

Blockbuster
1118 W. Maple Ave.
Mundelein, IL 60060

C.B. Accounts, Inc.
114 State St.
Suite 3C
Peoria, IL 61602

Check 'n Go of Utah
2610 Oakland Ave.
Merrillville, IN 46410

ComEd
Bill Payment Center
Chicago, IL 60668

C.I.C. Inc.
P.O. Box 550
Cleveland, TN 37364-0550

Checkrite
PO BOx 8543
Midvale, UT 84047

Community Hospital
901 MacArthur Blvd.
Munster, IN 46321

CAMCO
P.O. Box 5087
Chicago, IL 60647

Chicago Department of Revenue
P.O.Box 88292
Chicago, IL 60680

Credit Protection Association
13355 Noel Rd.
Dallas, TX 75240

Capital One
PO Box 85522
Richmond, VA 23285-5522

Citibank
c/o Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX 75240

CB Accounts
1101 Main Street
Suite 2
Peoria, IL 61606

CMI Credit Management Inc.
4200 International Parkway
Carrollton, TX 75007-1906

Devry University
3320 N. Campbell Ave.
Chicago, IL 60618

Centegra Medical Center
P.O. Box 1990
Woodstock, IL 60098

Coldata
5050 N. 19th Ave #302
Phoenix, AZ 85015

Diagnostic Radiologist PC
c/o Western Collections, Inc.
P.O. Box 1503
Montrose, CO 81402-1503

CG Services
P.O. Box 5220
San Antonio, TX 78201

Columbia House
1400 N. Fruitridge Ave.
P.O. Box 1131
Terre Haute, IN 47811-1131

Dial Adjustment Bureau
960 Macarthur Blvd
Mahwah, NJ 07495-0011

Chase
Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Diversified Emergency Service
Dept 20 Div 001
PO Box 5940
Carol Stream, IL 60197

Check 'n Go
PO Box 204
Mason, OH 45040

Comcast
2502 Forsight Circle
Grand Junction, CO 81505-1008

Diversified Emergency Services
900 Oakmont Lane
Suite 200
Westmont, IL 60559

Check 'n Go of Illinois, Inc.
2547 W. Golf Rd.
Schaumburg, IL 60194

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Diversified Services Group
P.O. Box 80185
Phoenix, AZ 85060

Domino's Pizza
2207 Grand Ave
Waukegan, IL 60085

Georgia Kane
P.O. Box 124
Des Moines, IA 50336

Horizons Behavioral Health, LLC
P.O. Box 727
Woodstock, IL 60098-0727

Dr. Roy
P.O. Box 2284
Sycamore, IL 60178

Glen Oaks Medical Center
701 Winthrop Ave
Glendale Heights, IL 60139-2996

Household Bank
P.O. Box 438
Wood Dale, IL 60191

Emergency Care Physician Services
38362 Eagle Way
Chicago, IL 60678

Gottlieb Memorial Hospital
701 W. North Ave.
Melrose Park, IL 60160

HSBC Bank Nevada N.A.
PO Box 326
Columbus, GA 31902-0326

Equifax
4360 Northeast Exwy
Atlanta, GA 30340

Harvard Collection Services, Inc.
4839 N. Elston Ave.
Chicago, IL 60630

Humana
500 West main
P. O. Box 1438
Louisville, KY 40201

Feingold & Levy
10 S. LaSalle St.
Suite 900
Chicago, IL 60603

Harvard Collection Services, Inc.
4839 N. Elston Ave.
Chicago, IL 60630-2534

ICS Collection Service
P.O. Box 646
Oak Lawn, IL 60454

Financial Managment Services
1717 E. Skelly Dr.
Tulsa, OK 74105

Harvard Collections
4839 N Elston Ave
Chicago, IL 60630

ICS Collection Services
P.O. Box 646
Oak Lawn, IL 60454

First Premier Bank
PO Box 5114
Sioux Falls, SD 57117-5147

High Tech Community Hospital
P.O. Box 1687
Grand Junction, CO 81502

Joh R. Hawks
7301 Ohms Lane
Minneapolis, MN 55439

Freedman Anselmo Lindberg & Rappe
1807 W Diehl
PO Box 3107
Naperville, IL 60566

High Tech Community Hospital
P.O. Box 1687
Grand Junction, CO 81502-1687

KCA Financial Services
628 North St
Box 53
Geneva, IL 60134

GC Services
P.O. Box 5220
San Antonio, TX 78201

High Tech High Touch Community Hosp
2021 N. 12th Street
Grand Junction, CO 81501

KCA Financial Services, Inc
628 North Street
PO Box 53
Geneva, IL 60134

Genesis Financial Solutions
505 N Lasalle St
Suite 350
Chicago, IL 60610

Home Shopping Network
PO BOX 105980
Dept 02
Atlanta, GA 30353

Key Bank & Trust
PO Box 8000
Leesburg, VA 20177

Kishwaukee Cardiology Assoc.
831 E. Sandhurst Dr.
Sandwich, IL 60548

N.S.R. Reddy & Assoc.
5229 N. Harlem Ave.
Chicago, IL 60656

Northern IL Shores Agency
Customer Service Center
1400 N. Fruitridge Avenue P. O Bo
Terre Haute, IN 47811-1113

Little Rock-Fox Fire Prot Dist
PO Box 218
Plano, IL 60545

N.S.R. Reddy & Assoc.
5219 N. Harlem
Chicago, IL 60656

Northern IL Emer & OCC Me
c/o KCA Financial Services, Inc.
628 North St.; P.O. Box 53
Geneva, IL 60134

M.R.S. Associates, Inc.
6530 W. Campus Oval
New Albany, OH 43054-8755

NCO Financial
507 Prudential Rd.
Horsham, PA 19044

Northland Group, Inc.
P.O. Box 390486
Minneapolis, MN 55439-0846

Macuser
c/o Dial Adjustment Bureau
960 Macarthur Blvd.
Mahwah, NJ 07495

NCO Financial Systems Inc
11350 McCormick Road
Suite 800
Hunt Valley, MD 21031

Northwest Collectors Inc
3601 Algonquin Rd
Suite 500
Rolling Meadows, IL 60008

Malcom S. Gerald & Associates, Inc*
332 S Michigan Ave
Chicago, IL 60604

NCO Financial Systems, Inc.
P.O. Box 281000
Atlanta, GA 30358

Northwest Community
3060 Salt Creek
Suite #110
Arlington Heights, IL 60005

Media One
688 Industrial Dr.
Elmhurst, IL 60126

NCO Financial Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044

Northwest Community Hospital
800 W. Central Road
Arlington Heights, IL 60005-2392

Medical Collections System, Inc
725 S. Wells St.
Suite 500
Chicago, IL 60607

Nicor
P.O. Box 310
Aurora, IL 60507-0310

Northwest Community Hospital
3060 Salt Creek
Suite #110
Arlington Heights, IL 60005

Medical Iaging Prof SC
c/o KCA Financial Services Inc.
628 North St., P.O. Box 53
Geneva, IL 60134

Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001

Northwest Community Hospital
800 West Central Rd.
Arlington Heights, IL 60005

MID America Real Estate
c/o Harvard Collection Services
4839 N. Elston Ave.
Chicago, IL 60630

Nicor Gas
PO Box 310
Aurora, IL 60507

Northwest OB/GYN
2 Talcott Rd.
Park Ridge, IL 60068

Monogram Bank of GA
PO Box 105980  Dept 77
Atlanta, GA 30353

No. Illinois Emerg & Occup Med Spec
33786 Treasury Center
Chicago, IL 60694

Northwest Radiology Associates
641 E. Butterfield Road, Suite 407
Lombard, IL 60148

Northwest Radiology Associates
520 E. 22nd Street
Lombard, IL 60148

Resurrection Behavioral Health
1820 S. 25th Ave.
Broadview, IL 60155

Rosan's Pizza
c/o Northwest Collectors, Inc.
3601 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008-3104

NW Anesthesia Assoc LLC
PO Box 486
Lake Forest, IL 60045

Resurrection Health Care
7435 W. Talcott Ave.
Chicago, IL 60631-3746

RPM, Inc.
P.O. Box 830913
Birmingham, AL 35283

OSI Collection Services, Inc.
P.O. Box 8800
Jacksonville, FL 32239

Resurrection Health Care
P.O. Box 319001
Chicago, IL 60631

Rush Presbyterian Emer. Services G
c/o Medical Collections System, Inc
725 S. Wells St., Suite 500
Chicago, IL 60607

Our Lady of the Resurrection Med.
c/o ICS
PO Box 646
Oak Lawn, IL 60454

Resurrection Health Care
St. Elizabeth's Hospital
135 S. LaSalle - Dept. 1117
Chicago, IL 60674

Rush University Medical Center
1700 W. Van Buren Street
Suite 161 TOB
Chicago, IL 60612

Peoples Energy
130 E Randolph
Chicago, IL 60601

Resurrection Health Care
St. Elizabeth Hospital
135 S. LaSalle - Dept. 1117
Chicago, IL 60674

Saint Elizabeth Hospital
c/o ICS Collection Service
P.O. Box 646
Oak Lawn, IL 60454

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Resurrection Health Care
P.O. Box 220284
Chicago, IL 60622

Saint Many of Nazareth Hospital
c/o Revenue Production Managemen
P.O. Box 830913
Birmingham, AL 35283

Providian
P. O. Box 9023
Pleasanton, CA 94566

Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

Saint Mary of Nazareth Hos. Cent
c/o ICS
PO Box 646
Oak Lawn, IL 60454

Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804

Risk Management Alternatives, Inc.
2200 S. Busse Rd
Mount Prospect, IL 60056

Saint Mary of Nazareth Hosptial
2233 W Division St
Chicago, IL 60622

Qwest
4650 Lakehurst
Dublin, OH 43016

Risk Management Alternatives, Inc.
1285 Fern Ridge Parkway
Suite 250
Saint Louis, MO 63141

SBC
3206 W. 61st Street
Chicago, IL 60629

RCO
7171 Mercy Rd.
Omaha, NE 68106

Rollo Nesset, MD
605 W. Central Rd. 105
Arlington Heights, IL 60005

SBC Illinois*
208 S LaSalle St
Suite 814
Chicago, IL 60604

Silverman Law Firm, P.C.
13111 E. Briarwood Ave. Suite 340
Englewood, CO 80112

Retailers National Bank
PO Box 59231
Minneapolis, MN 55459-0231

US Cellular
PO Box 94250
Palatine, IL 60094

SmithKline Beecham
P.O. Box 13568
Philadelphia, PA 19101-3568

Target National Bank
c/o Northland Group Inc
PO Box 390846
Minneapolis, MN 55439

Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842

Sprint
Customer Service
P.O. Box 152046
Irving, TX 75015

Telecom
PO Box 600670
Jacksonville, FL 32260

Valley West Community Hospital
11 E. Pleasant Ave.
Sandwich, IL 60548

Sprint
PO Box 5220
San Antonio, TX 78201

The Wilber Law Firm, P.C.
816 Eldoroda
Bloomington, IL 61702-2159

Van Ru Credit
150 S. Sunnyslope Rd. #108
Brookfield, WI 53005

St. Mary of Nazareth Hospital Cente
c/o ICS
PO Box 646
Oak Lawn, IL 60454

The Wilber Law Firm, P.C.
P.O. Box 2159
Bloomington, IL 61702

Van Ru Credit Corporation
10024 Skokie Blvd.
Skokie, IL 60077

St. Mary's Hospital
500 W. Court St.
Kankakee, IL 60901

Thomas & Irene Herzau
Please Provide Address

Van Ru Credit Corporation
10024 Skokie Blvd.
Suite 3
Skokie, IL 60077

State Farm Ins. Co. - Subrogation
2702 Ireland Grove Rd.
P.O. Box 2311
Bloomington, IL 61702-2311

Tsys Total Debt Management, Inc.
PO Box 6700
Norcross, GA 30091-6700

Van Ru Credit Corporation
P.O. Box 46549
Lincolnwood, IL 60646

State of Colorado County of Mesa
Please Provide Address

U.S. Department of Education
PO Box 530260
Atlanta, GA 30353-0260

Van Ru Credit Corporation
10024 Skokie Blvd
Suite 2
Skokie, IL 60077

Sylvia Lam, M.D.
1585 N. Barrington Rd.
Hoffman Estates, IL 60194

United Shockwave Services Ltd
c/o Diversified Services Group
PO Box 80185
Phoenix, AZ 85060

Van Ru Credit Corporation
150 S. Sunnyslope, Suite 108
Brookfield, WI 53005

Sylvia Lam, MD & Associates
1585 North Barrington Rd.
Hoffman Estates, IL 60194

University Accounting Service
P.O. Box 932
Brookfield, WI 53008-0932

Western Collection Bureau Inc.
P.O. Box 115
Clackamas, OR 97015

Western Colorado Radiologists
2530 N. 8th St. #101
Grand Junction, CO 81501


William Rainey Harper
c/o NCO Financial Systems Inc
P.O. Box 1339
Hunt Valley, MD 21030


WYSE Financial Services, Inc.
3410 S. Galena St.
Suite 250
Denver, CO 80231


Xcel Energy
PO Box 840
Denver, CO 80201